THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* BROADWAY-SHERIDAN ARMS, INC., and DAVID B. ANCOWITZ, Respondents, et al., Defendants.

Argued October 18, 1949; decided December 1, 1949.

*John P. McGrath, Corporation Counsel (Fred Iscol* and *Seymourt B. Quel* of counsel), for appellant.

*Alfred J. Conforti, Aaron Frank* and *H. Edwin Goldberg* for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.